UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

D.A. DAVIDSON & CO., and DAVIDSON
FIXED INCOME MANAGEMENT, INC.,

    Plaintiffs,

v.                                                      Case No.  6:14-cv-1140-Orl-41TBS

MELVIN E. HAMILTON,

    Defendant.
_____/

## ORDER

Today, the Court held a hearing on Plaintiffs' Motion to Strike Improper Reply (Doc. 17).  After hearing from counsel, the Court's finds that Defendant filed an unauthorized reply in violation of M.D. Fla. R. 3.01(c).  Therefore, the motion is GRANTED and Defendant's reply (Doc. 15), is STRICKEN.

DONE AND ORDERED in Orlando, Florida, on July 29, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel